UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERESA M. RAINEY | CIVIL ACTION |
| VERSUS | NO. 14-2283 |
| JAMES ROGERS, WARDEN | SECTION "C"(2) |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Petitioner Theresa M. Rainey, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Theresa M. Rainey for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___3rd___ day of ~~May~~ June, 2015.

_____
UNITED STATES DISTRICT JUDGE